IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. HAYNES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 12-0444-CG-N |
| | ) |
| **GUILBEAU MARINE, INC.,** and | ) |
| **GUILBEAU BOAT RENTALS, LLC,** | ) |
| | ) |
| Defendants/Third-Party | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| **BP AMERICA, INC., BP** | ) |
| **PETROLEUM EXPLORATION &** | ) |
| **PRODUCTIONS, INC., BP, P.L.C.,** | ) |
| **GULF RESOURCE MANAGEMENT,** | ) |
| **INC.,** and **AMERICAN POLLUTION** | ) |
| **CONTROL CORPORATION**, | ) |
| | ) |
| Third-Party Defendants. | ) |

**AMENDED ORDER**

Counsel notified the court that the Order dismissing all third-party defendants (Doc. 37), was entered in error.  The third-party plaintiffs have only stipulated to the dismissal of Guilbeau Boat Rentals, LLC and Guilbeau Marine, Inc.'s third-party demands against American Pollution Control Corporation and Gulf Resources Management, Inc.  Accordingly, this court's Order, dated August 3, 2012 (Doc. 37) is hereby **AMENDED** to state the following:

The third-party plaintiffs have filed a notice of dismissal of their claims against American Pollution Control Corporation and Gulf Resources Management, Inc. (Doc. 34).  Upon consideration, it is herby **ORDERED ADJUDGED, and DECREED** that the claims of **Guilbeau Boat Rentals, LLC** and **Guilbeau**

**Marine, Inc.** against third-party defendants **American Pollution Control Corporation** and **Gulf Resources Management, Inc.** are dismissed voluntarily pursuant to F.R.C.P. 41(a)(1)(i).[1]

**DONE** and **ORDERED** this 6th day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

1  The claims of Guilbeau Boat Rentals, LLC and Guilbeau Marine, Inc. against third-party defendants BP America, Inc., BP Petroleum Exploration & Productions, Inc., and BP, P.L.C., remain as active claims in this case.