IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-0444-CG-N |
| | ) |
| GUILBEAU MARINE, INC., and | ) |
| GUILBEAU BOAT RENTALS, LLC, | ) |
| | ) |
| Defendants/Third-Party | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| BP AMERICA, INC., BP | ) |
| PETROLEUM EXPLORATION & | ) |
| PRODUCTIONS, INC., and BP, | ) |
| P.L.C., | ) |
| | ) |
| Third-Party Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiff's motion to remand (Doc. 2), BP defendants' response (Doc.16), plaintiff's reply (Doc. 27 ) and plaintiff's motion for expedited ruling on the motion to remand (Doc. 36). The motion for expedited ruling is hereby **GRANTED**.

Having considered the arguments of the parties on the motion to remand, the court hereby **GRANTS** the motion to remand plaintiff's claims against Guilbeau Marine, Inc. and Guilbeau Boat Rentals, LLC , and said claims are **REMANDED** to

the Circuit Court for Mobile County. The third-party claims against the BP defendants are hereby severed from the remanded claims, and remain pending in this court, subject to the stay previously imposed pending transfer by the Judicial Panel on Multidistrict Litigation.

    **DONE and ORDERED** this 7th day of August, 2012.

                                              /s/ Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE